IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

**UNITED STATES OF AMERICA**

v.                                                                   Criminal No. 5:23-cr-00125

**GARY SAWYERS**

### DEFENDANT'S RESPONSE TO THE UNITED STATES' MOTION FOR LEAVE TO TAKE EVIDENTIARY DEPOSITION OF WITNESS

Counsel has reviewed the United States' Motion and previously discussed the same with Assistant U.S. Attorney Andrew D. Isabell. Mr. Sawyers does not oppose the Government's Motion to take an evidentiary deposition of the witness provided that this deposition can be completed prior to the start of the February 18, 2025, trial. Counsel would plan to participate in this evidentiary deposition through a video conference call to counsel's office in Charleston.

Respectfully submitted this 13th day of February, 2025.

                                                                                 GARY SAWYERS
                                                                                 By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

<u>s/David R. Bungard</u>
David R. Bungard, Bar Number: 5739
Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia  25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: david_bungard@fd.org

**s/Emily L. Szopinski**
Emily L. Szopinski, WV Bar No. 14231
Assistant Federal Public Defender
Office of the Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, West Virginia 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: Emily_Szopinski@fd.org