UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:23-cr-00125

GARY SAWYERS

### ORDER

Pending is the Government's Motion for Issuance of Subpoena [ECF 112], filed February 14, 2025, in which it sought leave to subpoena certain individuals to testify at the trial previously scheduled for February 18, 2025. On February 14, 2025, the Court continued the trial to March 25, 2025. [ECF 113].

Accordingly, the Court **DENIES** without prejudice the Government's Motion [**ECF 112**]. The Government may refile its motion when appropriate in light of the new trial date.

The Clerk is **DIRECTED** to transmit a copy of this Order to the Defendant and his counsel, the United States Attorney, and to the United States Probation Office.

ENTER:  February 18, 2025

Frank W. Volk
Chief United States District Judge